IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| OMAR WILLIAMS, Institutional ID No. 2193254 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:21-CV-00106-BQ |
| OLIVIA CAUDILLO, et al., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation regarding Plaintiff's motion for a preliminary injunction and temporary restraining order in this case. No objections were filed. The District Court made an independent examination of the record in this case and reviewed the Magistrate Judge's Report and Recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

It is therefore **ORDERED** that Plaintiff's motion for a preliminary injunction and temporary restraining order (Doc. 12) is **DENIED**.

This case will remain on the docket of United States Magistrate Judge D. Gordon Bryant, Jr., for continued judicial screening as described in the Order entered June 9, 2021 (Doc. 8).

Dated December 20, 2021.

SAM R. CUMMINGS
Senior United States District Judge